AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
HARRISBURG, PA

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

MAR 0 2 2012

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  12 - MJ - 027 |
| KEVIN WILLIAM SMALL | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2011 - January 5, 2012___ in the county of _____Huntingdon_____ in the

___Middle___ District of ___Pennsylvania___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 505 | Forging a Judicial Signature |
| 18 U.S.C. § 751 | Escape |
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

I, Steven Rowe, having been duly sworn, do state the following.
I am an Inspector for the United States Marshals Service (USMS), employed as an investigator with the USMS since July 1998. I have conducted more than 3,000 fugitive investigations.      (continued on attached 2 page affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

STEVEN ROWE, USMS Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___MARCH 2, 2012___

_____
*Judge's signature*

City and state: _____Harrisburg, Pennsylvania_____

J. ANDREW SMYSER, U.S. Magistrate Judge
*Printed name and title*